# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>STILA CORP.,<br><br>              Debtor. | Chapter 7<br><br>Case No. 09-12115 (CSS)<br><br>R : 7 |

## ORDER FOR RELIEF

WHEREAS, an involuntary petition under Chapter 7 of title 11 of the United States Code (the "Bankruptcy Code") was filed with this Court on June 17, 2009 against Stila Corp. (the "Debtor"); and

WHEREAS, no pleading or response to the petition having been filed, it is

ORDERED, that pursuant to 11 U.S.C. §303(h), relief under Chapter 7 of the Bankruptcy Code is hereby granted; and it is further

ORDERED, that in the event the Debtor fails to file the aforesaid list of creditors, its schedule of assets and liabilities and a statement of financial affairs, Charles McKnight, the former chief operating officer and chief financial officer of the Debtor, is directed to file same within 20 days of the date of this order; and it is further

ORDERED, that pursuant to Rules 1007(a)(2) and 1007(c) of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rule 1007-2(b), the Debtor is ordered to file within 15 days of entry of this order a list of creditors, its schedule of assets and liabilities and a statement of financial affairs; and it is further

{PHW00013142.}

ORDERED, that the Clerk of Court serve a copy of this Order, upon the Debtor at its last known address, the United States Trustee and the Petitioning Creditors.

Dated: July 14, 2009

_____
THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

{PHW00013142.}