# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>STILA CORP.,<br><br>　　　　　　　Debtor. | Chapter 7<br><br>Case No. 09-12115 (CSS) |

## SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS

Pursuant to the Order for Relief dated July 14, 2009 in this case, Charles McKnight, the former chief operating officer of the Debtor hereby files the attached Schedules and Statement of Financial Affairs.

Dated: August 12, 2009　　　　　　By: /s/ Benjamin S. Seigel
　　　　　　　　　　　　　　　　　　　Benjamin S. Seigel, CA Bar No. 59992
　　　　　　　　　　　　　　　　　　　BUCHALTER NEMER
　　　　　　　　　　　　　　　　　　　1000 Wilshire Boulevard, Suite 1500
　　　　　　　　　　　　　　　　　　　Los Angeles, CA  90017-2457
　　　　　　　　　　　　　　　　　　　Telephone:　(213) 891-0700
　　　　　　　　　　　　　　　　　　　Facsimile:　(213) 896-0400

　　　　　　　　　　　　　　　　　　　Attorneys for
　　　　　　　　　　　　　　　　　　　CHARLES MCKNIGHT

## CERTIFICATE OF SERVICE

I, Benjamin S. Seigel, hereby certify that on August 12, 2009, I caused the foregoing SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS to be served on the parties listed on the Service List, attached hereto, by U.S. Mail.

                                            /s/ Benjamin S. Seigel
                                                 Benjamin S. Seigel

**SERVICE LIST**

Alfred Thomas Giuliano
Giuliano Miller & Co., LLC
Berlin Business Park
140 Bradford Drive
West Berlin, NJ 08091

Eric Browndorf, Esq.
Cooper Levenson
Fox Run Shopping Center
30 Fox Hunt Drive
Bear, DE 19701

Donna L. Harris, Esq.
Pickney, Harris & Weidinger, LLC
1220 N. Market St., Ste. 950
Wilmington, DE 19801

Jeffrey Zachter, Esq.
Jaffe & Asher, LLP
600 Third Avenue
New York, NY 10016

Gilbert B. Weisman, Esq.
Becket & Lee LLP
16 General Warren Boulevard
Malvern, PA  19355

Richard R. Lurey, Esq.
Jordan Bergman, Esq.
Kelley Drye & Warren
101 Park Avenue
New York, NY 10178

United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035